HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RICARDO VALLE-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00086 SAB-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | |
| RICARDO VALLE-LEON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Special Assistant United States Attorney, Michael Tierney, counsel for plaintiff and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Ricardo Valle-Leon, that the status conference hearing set for July 21, 2016, be continued to September 15, 2016 at 10:00 a.m.

This continuance is being requested because defendant is currently in custody at Tulare County Jail with no scheduled release date. It is anticipated that he will be released by the new appearance date. If not, defense counsel will notify the government and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth to the hearing date on the motion. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED:  July 20, 2016

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorneys for Defendant
Ricardo Valle-Leon

Vall

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  July 20, 2016

*/s/ Michael Tierney*
MICHAEL TIERNEY
Special Assistant U.S. Attorney
Attorneys for Plaintiff

**O R D E R**

The Court having considered the stipulation moves this case to Thursday, October 6, 2016 at 10:00 a.m. in Courtroom 9.  Thee defendant is ordered to appear at that time.

IT IS SO ORDERED.

Dated:   **July 20, 2016**

UNITED STATES MAGISTRATE JUDGE